IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Employees Retirement Fund of the City of Dallas, et al., <br><br> Defendants. | Case No. 3:11-cv-1167 |

### REQUEST FOR REMOVAL FROM ECF NOTIFICATION SYSTEM

Undersigned counsel hereby requests removal from the ECF notification system in the referenced matter as this case has been removed to another state and district and the undersigned is no longer acting as local counsel in this matter. Invesco Asset Mgmt (Japan) Ltd 45811 and Invesco Perpetual continue to be represented by Keith R. Dutill and Neal R. Troum of Stradley Ronon Stevens & Young, LLP.

Respectfully submitted,

/s/ *Craig B. Florence*
Craig B. Florence
Texas State Bar No. 07158010
Randy D. Gordon
Texas State Bar No. 00797838
**GARDERE WYNNE SEWELL LLP**
1601 Elm Street, Suite 3000
Dallas, Texas 75201-4761
(214) 999-3000 (telephone)
(214) 999-4667 (facsimile)
cflorence@gardere.com
rgordon@gardere.com

OF COUNSEL:

Keith R. Dutill
Neal R. Troum
Stradley Ronon Stevens & Young, LLP
30 Valley Stream Parkway
Malvern, PA 19355
215-564-8000 (telephone)
215-564-8120 (facsimile)
kdutill@stradley.com
ntroum@stradley.com

## CERTIFICATE OF SERVICE

I hereby certify that on February __, 2012, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the all attorneys who have registered as ECF users.

/s/ *Craig B. Florence*

DALLAS 2298450v.1